# Exhibit 1

Case 1:26-cv-00381-JPC    Document 1-1    Filed 01/15/26    Page 2 of 4

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| AVAYA LLC, | |
|                   Petitioner, | Index No. _____ |
|     -against- | |
| CONVERGEONE, INC., | **VERIFIED PETITION** |
|                   Respondent. | |

Petitioner Avaya LLC ("Avaya"), by and through its attorneys, respectfully submits this Petition in support of its Motion By Order To Show Cause For A Temporary Restraining Order, Expedited Discovery, and a Preliminary Injunction in Aid of Arbitration pursuant to Rule 7502(c) of the New York Civil Practice Law Rules ("CPLR") against Respondent ConvergeOne, Inc. f/k/a North American Communications Resource, Inc. ("C1").

## JURISDICTION AND PARTIES

1.      This Court has jurisdiction pursuant to CPLR 7502(c) and the parties' Master Reseller Agreement dated July 3, 2002 (the "Agreement").

2.      Petitioner Avaya LLC is a global provider of enterprise communications solutions with its principal place of business in Morristown, New Jersey.

3.      Respondent ConvergeOne, Inc. is a communications solutions provider with its principal place of business in Bloomington, Minnesota.

## GROUNDS FOR RELIEF

4.      For over twenty years, C1 has served as Avaya's agent and reseller under the Agreement.

5.      A dispute has arisen between the parties, which has now been referred to arbitration, pursuant to the terms of the Agreement.  Constituting a tribunal will likely take several weeks.  For all the reasons detailed in the supporting affirmations and evidence, which, out of respect for the parties' long-standing relationship have been filed temporarily under seal, Court intervention is required to protect Avaya from immediate and irreparable harm.  Monetary damages alone cannot adequately compensate for the imminent and irreparable harm facing Avaya.

## PRAYER FOR RELIEF

WHEREFORE, Avaya respectfully requests judgment providing relief against Respondent C1 as follows:

A.      Granting a temporary restraining order and preliminary injunction in aid of arbitration in the form requested in the supporting evidence that is temporarily filed under seal.

B.      Ordering expedited discovery in the form requested in the supporting evidence that is temporarily filed under seal, including production of documents, responses to interrogatories and deposition subpoenas under 22 NYCRR 202.20-d.

C.      Granting such other and further relief as this Court deems just and proper.

Dated: New York, New York
           January 15, 2026

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:     _/s/ Michael B. Carlinsky_
          Michael B. Carlinsky
          Odysseas G. Repousis
          295 Fifth Avenue, 9th Floor
          New York, NY 10016
          Tel: (212) 849-7000

          michaelcarlinsky@quinnemanuel.com
          odysseasrepousis@quinnemanuel.com

          *Attorneys for Petitioner Avaya LLC*

2

Case 1:26-cv-00381-JPC   Document 1-1   Filed 01/15/26   Page 4 of 4

## **VERIFICATION**

**Marylou Maco**, hereby affirms under the penalty of perjury, pursuant to CPLR 2106 that:

1.      I am the Chief Revenue and Customer Experience Officer at Avaya LLC, and work in market strategy, sales, customer success, and field operations.  I am based in Washington D.C. and work remotely.

2.      I have read the contents of the foregoing Petition, and to my knowledge, the matters of fact asserted therein are true.

I affirm this 15th day of January 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Marylou Maco

3