UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
AVAYA LLC,                                                           :
                                                                     :
                         Petitioner,                                :
                                                                     :            26 Civ. 381 (JPC)
             -v-                                                     :
                                                                     :            ORDER
CONVERGEONE, INC.,                                                  :
                                                                     :
                         Respondent.                                :
                                                                     :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Yesterday, Petitioner filed an emergency motion for a temporary restraining order in the Supreme Court of New York, New York County, and Respondent removed the action to this Court. Dkt. 1.

The Court will hold a teleconference on Petitioner's motion on January 19, 2026, at 10:00 a.m. The teleconference will be conducted on Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

Respondent shall file a response to the emergency motion by January 18, 2026, at 12:00 p.m.

SO ORDERED.

Dated: January 16, 2026
       New York, New York                        _____
                                                       JOHN P. CRONAN
                                                 United States District Judge