# HUNTON

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL    212 • 309 • 1000
FAX    212 • 309 • 1100

RYAN A. BECKER
DIRECT DIAL: 212 • 309 • 1055
EMAIL: rbecker@hunton.com

February 5, 2026

Via ECF

Hon. John P. Cronan, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

      Re:  *Avaya LLC v. ConvergeOne, Inc.,* Case No. 1:26-cv-00381-JPC

Dear Judge Cronan:

We write on behalf of Respondent ConvergeOne, Inc. ("C1") to respectfully request sealing of the official transcript of the hearing held before Your Honor on January 19, 2026. *See* ECF Nos. 31, 32. The hearing transcript, according to ECF No. 31, appears to be already publicly available at the court's public terminal. C1 therefore moves on an expedited basis for the Court to order that the hearing transcript be sealed forthwith for the reasons set forth below.

During the January 19th hearing, the Court sealed all substantive papers submitted in support of and opposition to Avaya LLC's emergency motion for a temporary restraining order, finding the presumption of public access to judicial documents was outweighed by countervailing considerations, most notably the parties' agreement to proceed in a confidential arbitration and the Second Circuit's disfavor towards efforts to evade an arbitration agreement's confidentiality provisions. *See* Tr. 51:8–53:17 (citing *Stafford v. IBM Corp.*, 78 F.4th 62 (2d Cir. 2023)); *see also* Minute Entry, Jan. 19, 2026. Unsurprisingly, during the hearing, the parties discussed at length the positions advanced in their respective briefs. To permit public access to the hearing transcript would undermine the Court's prior order on sealing, the bargained-for confidentiality provisions in the parties' Reseller Agreement, and the parties' confidential arbitration.

C1 therefore respectfully asks that the Court order that the transcript be sealed and that it be made unavailable for public access at the Court's public terminal or through other means. We attempted to meet-and-confer this morning with Avaya's counsel regarding this request, but due to the expedited nature of it, were unable to learn Avaya's position prior to the filing of this letter.

Respectfully submitted,

*/s/ Ryan A. Becker*
Ryan A. Becker

cc: All Counsel via ECF   The request is granted. The presumption of access to judicial documents is outweighed by the parties' agreement to proceed in a confidential arbitration and the Federal Arbitration Act's strong policy protecting confidentiality of arbitral proceedings. *See Stafford v. Int'l Bus. Machs. Corp.*, 78 F.4th 62, 71 (2d Cir. 2023). The Clerk of Court is respectfully directed to seal the transcript of the January 19, 2026, hearing and to close Docket Number 33.

SO ORDERED.
February 6, 2026
New York, New York



JOHN P. CRONAN
United States District Judge