UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVAYA LLC,

Petitioner,

-v-

CONVERGEONE, INC.,

Respondent.

26 Civ. 381 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On July 14, 2026, the parties filed under seal a letter-motion asking the Court to stay this case, Dkt. 39, as well as a letter seeking leave to file that letter-motion under seal, Dkt. 38. Both requests are granted. The letter-motion to stay this action shall remain under seal for the reasons stated in the Court's Order of February 6, 2026, Dkt. 34, and the Court stays this case.

The parties shall file a joint status letter by June 30, 2027.

The Clerk of Court is respectfully directed to close Docket Numbers 38 and 39 and stay this action.

SO ORDERED.

Dated: July 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge